UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stafford Lee Gill,

    Petitioner,                                              Case No. 05-70767

v.                                                                   Hon. Nancy G. Edmunds

John Cason,

    Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Petitioner's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's application for writ of habeas corpus is DENIED.

      SO ORDERED.


                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: June 13, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 13, 2006, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager